Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-156-RSM |
| Plaintiff, | ORDER |
| vs. | |
| KAMAL BROWN, | |
| Defendant. | |

This Court, having considered the Agreed Motion to Modify Conditions of Release, and the pleadings related thereto, does hereby grant the motion.

This Court ORDERS as follows:

The following condition of Mr. Brown's appearance bond is hereby deleted:

The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant shall be monitored by Global Positioning Satellite technology via mobile application which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by

Order - 1

the location monitoring specialist. The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.

The following condition should be added to the appearance bond:

The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

DATED this 1st day of February, 2021,

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I, Scott J. Engelhard, certify and declare that on this date, I served a true and correct copy of the opposing party via the *ecf* system of this court.

I swear under the laws of perjury for the State of Washington that the foregoing is true and correct.

<u>July 16, 2019  Seattle, WA</u>                                      <u>  s/ Scott J. Engelhard       </u>
Date and Place                                                                      Scott J. Engelhard

Order - 3